

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00414-CV

| | |
|---|---|
| ESTATE OF JOHN DAVID HARRIS, DECEASED | § On Appeal from Probate Court No. 2 |
| | § of Tarrant County (2011-PR00903-1-2) |
| | § February 28, 2019 |
| | § Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM